## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **KELLEY STARK,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:22-CV-02579-E** |
| | § | |
| **EDWARDS LIFESCIENCES, LLC,** | § | |
| | § | |
| *Defendant*. | § | |

## DEFENDANT'S UNOPPOSED MOTION
## TO WITHDRAW COUNSEL

Defendant Edwards Lifesciences, LLC ("Defendant") by and through its undersigned counsel, files this Unopposed Motion to Withdraw Counsel, and would respectfully show:

**I.**

Defendant respectfully requests that the Court enter an order allowing Arthur V. Lambert to withdraw as counsel of record. As lead counsel, Theanna Bezney is designated to receive all communications from the Court and other counsel in this matter. Defendant has been informed of and consents to this withdrawal.

**II.**

This Motion is not sought for delay, and Mr. Lambert's withdrawal will not prejudice any party to this case.

WHEREFORE, Defendant prays the Court grant this Motion, and permit Mr. Lambert to withdraw as counsel of record for Defendant.

Respectfully Submitted,

 /s/Arthur V. Lambert
Theanna Bezney
Texas Bar No. 24089243
Arthur V. Lambert
Texas Bar No. 11841250
FISHER & PHILLIPS LLP
500 North Akard, Suite 3550
Dallas, TX  75201
Telephone: (214) 220-9100
Facsimile: (214) 220-9122
*tbezney@fisherphillips.com*
*alambert@fisherphillips.com*

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

On the 28th day of July, 2023, I filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the Court's Electronic Case Filing system. I hereby certify that I have served the document on all counsel of record by a manner authorized by FED. R. CIV. P. 5 (b)(2).

Frank Hill
Stefanie M. Klein
Anne Michels
HILL GILSTRAP, P.C.
1400 W. Abram Street
Arlington, TX 76013
*fhill@hillgilstrap.com*
*sklein@hillgilstrap.com*
*amichels@hillgilstrap.com*

 /s/ Arthur V. Lambert
Arthur V. Lambert